IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re DONNIE R. O'NEAL, JR., K-85533,<br><br>Plaintiff. | No. C 15-1469 CRB (PR)<br><br>ORDER OF DISMISSAL |

On March 31, 2015, the clerk filed as a new prisoner action a letter from plaintiff complaining of inadequate medical care in state prison. On that same date, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application. Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

Plaintiff instead has filed a letter explaining that he did not intend his original letter to be filed as a new action in this court. Good cause appearing, the case is DISMISSED without prejudice. The clerk is instructed to close this matter as improvidently opened. No filing fee is due.

SO ORDERED.

DATED:  May 4, 2015  

_____
CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.15\O'Neal, D.15-1469.dsifp.wpd